# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:19CR30-PPS/APR |
| | ) |
| MATTHEW R. KOCH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Matthew Koch's request to enter a plea of guilty to Count 1 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 21.] Following a hearing on the record on July 8, 2021 [DE 27], Judge Rodovich found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties have waived any objection to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Matthew Koch's plea of guilty, to which both parties have waived

any objection, the Court hereby ADOPTS the findings and recommendation [DE 27] in their entirety.

Defendant Matthew Koch is adjudged GUILTY of Count 1 of the indictment, a charge of distribution of heroin, in violation of 21 U.S.C. §841(a)(1).

The sentencing hearing is set for November 23, 2021 at 10:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: July 13, 2021.

        /s/ Philip P. Simon
        UNITED STATES DISTRICT JUDGE